

Colson Law PLLC
80 Broad Street, 19th Floor
New York, NY 10004
(212) 257-6455
www.colsonlaw.com

November 16, 2022

By ECF

Honorable Eric Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *United States v. Mohamad Yassine, et. al.,* 18 Cr. 137

Dear Judge Komitee:

    Per the parties' request, the Court recently adjourned the status conference in this matter from December 12 to December 15, 2022. Please be advised that the defendants have no objection to the exclusion of Speedy Trial time through December 15.

    Thank you for your attention.

                            Respectfully submitted,

                            /s/

                            Deborah Colson
                            (917) 543-6490

cc:   AUSA Nomi Berenson
       Aaron Mysliwiec, Esq.

33115.docx